# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SLEP-TONE ENTERAINMENT CORPORATION,

    Plaintiff,

v.

TARA KING D/B/A DJ TARA KING PRODUCTIONS, *et al*.,

    Defendants.

Case No. 2:13-CV-00352-KJD-VCF

**ORDER**

On August 6, 2014, the Court denied (#19) Defendant's motion to dismiss. Defendant filed an Answer (#20) on September 18, 2014. No proceeding of record has been taken by either since the answer was filed. Local Rule 41-1 allows the Court to dismiss an action for want of prosecution, upon notice to the parties, when no proceeding of record has been taken. Accordingly, Plaintiff is ordered to show cause no later than August 10, 2015 why its amended complaint should not be dismissed for failure to prosecute in accordance with Local Rule 41-1.

**IT IS SO ORDERED.**

    DATED this 27th day of July 2015.

_____
Kent J. Dawson
United States District Judge