# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TARA KING DBA TARA KING PRODUCTIONS, <br><br> Defendant. | Case No. 2:13-CV-00352-KJD-VCF <br><br> **ORDER** |

Presently before the Court is Defendant's Motion to Extend Time to Respond to Motion for Summary Judgment (#25). Having read and considered the motion and good cause being found, the motion is granted. Defendant's response in opposition to Plaintiff's motion for summary judgment shall be filed no later than September 30, 2015.

**IT IS SO ORDERED.**

DATED this 2nd day of September 2015.

_____
Kent J. Dawson
United States District Judge